UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| VAN KIRK, CHARLES | ) | Case No. 07-00228-PCT RTB |
| VAN KIRK, KELLY | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

WILLIAM E. PIERCE, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 108 | 11/17/09 | WORLD'S FOREMOST BANK<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | $206.11 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $206.11 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| June 21, 2010 | /S/ WILLIAM E. PIERCE |
| DATE | WILLIAM E. PIERCE, TRUSTEE |